Thursday, June 11.

Same Judges as yesterday. *Josiah F. Clement et al. v. The Chesapeake and Delaware Canal Company* was commenced, but continued on a suggestion of some fault or diminution of the record. And in the afternoon *James Riddle v. Thomas Bradun and Washington Rice* was commenced, but the argument not concluded. Adjourned to Friday, the 12th.

## THE FARMERS' BANK OF THE STATE OF DELAWARE v. ARNOLD NAUDAIN and ELIZABETH MERRITT, Executors of John Merritt.

High Court of Errors and Appeals. June 9, 1829.

*Ridgely's Notebook V, 541.*

## WILLIAM ROBINSON'S LESSEE v. WILLIAM CARLETT et al.

High Court of Errors and Appeals. June 12, 1829.

*Ridgely's Notebook V, 552.*

## JAMES RIDDLE v. THOMAS BRADUN and WASHINGTON RICE.

High Court of Errors and Appeals. Heard, June 10–12, 1829.

*Ridgely's Notebook V, 554.**

* A fragmentary account of earlier proceedings in this case is found at *Ridgely's Notebook, V, 545–551.*